IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MARGARET D. SULLIVAN )
)
v. )
) No. 3-14-0756
HOSPITAL AUTHORITY OF THE )
METROPOLITAN GOVERNMENT OF )
NASHVILLE AND DAVIDSON )
COUNTY d/b/a Nashville General )
Hospital at Meharry )

O R D E R

Pursuant to the order entered July 14, 2014 (Docket Entry No. 12), Judge Nixon recused himself in this case and the case was reassigned to Chief Judge Haynes.

The Clerk is directed to forward the file in this case to Chief Judge Haynes.

Because Chief Judge Haynes normally conducts his own case management, unless otherwise directed by the Court, there will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge